

| D/M Prob 22 (Rev 01/24) | | DOCKET NUMBER (Trans. Court) |
|---|---|---|
| TRANSFER OF JURISDICTION | | 0757 1:21CR00063 - 1 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 1:26cr103-1 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: Christopher A Hunter | DISTRICT Eastern District of Wisconsin | DIVISION Green Bay |
|---|---|---|

| ADDRESS --- Select an address --- | NAME OF SENTENCING JUDGE U.S. District Judge William C. Griesbach | | |
|---|---|---|---|
| 165 Bost Road China Grove, NC 28023 | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | Supervised Release | 07/23/2025 | 07/22/2031 |

**OFFENSE**

Conspiracy to Distribute Controlled Substances Containing Methamphetamine and Fentanyl, in violation of 21 U.S.C. §§ 841(b)(1)(B) and 846

**JUSTIFICATION/REASON FOR TRANSFER** (eg., prosocial ties, employment/education opportunities, violation of supervision)

On 9/20/2021, Mr. Hunter was sentenced to 72 months prison, followed by 6 years supervised release. He released from the Bureau of Prisons to his term of supervised release in the Eastern District of Wisconsin on 7/23/2025. On 2/17/2026, Mr. Hunter relocated to the Middle District of North Carolina, where he resides at the above address with his mother, stepfather, and step-grandfather. At present, Mr. Hunter has expressed no interest in returning to Wisconsin. As such, the U.S. Probation Office in the Middle District of North Carolina has requested jurisdiction of this case as a means to more effectively and efficiently supervise Mr. Hunter moving forward.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the Middle District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| May 08, 2026 | s/ William C. Griesbach |
|---|---|
| Date | William C. Griesbach United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Middle District of North Carolina

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 5/21/26 | |
|---|---|
| Effective Date | United States District Judge |

Page 1 of 1