TRANSFERRED

# United States District Court
## Eastern District of Wisconsin (Green Bay)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00063-WCG-1

Case title: USA v. Hunter et al

Date Filed: 03/16/2021

Date Terminated: 09/21/2021

Assigned to: Judge William C Griesbach

**Defendant (1)**

| | | |
|---|---|---|
| **Christopher A Hunter** | represented by | **Scott L Stebbins** |
| Manitowoc County Jail | | The Law Offices of Crowell & Schuchart |
| 1025 S 9th St | | LLC |
| Manitowoc, WI 54220 | | 130 E Walnut St - 7th Fl |
| *Federal Custody* | | Green Bay, WI 54301 |
| *TERMINATED: 09/21/2021* | | 920-430-3090 |
| | | Email: scott@titletownattorney.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

**Krista A Halla-Valdes**
Federal Defender Services of Wisconsin Inc
801 E Walnut St - 2nd Fl
Green Bay, WI 54301
920-430-9900
Fax: 920-430-9901
Email: krista_halla-valdes@fd.org
*TERMINATED: 03/23/2021*
*Designation: Federal Public Defender*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846 and 841(b)(1)(B) CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | SENT: 72 months; SR: 6 years; SA: $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841(a)(1)and (b)(1)(C)CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR | Dismissed upon the motion of the government. |

DISPENSE
(2)

21:841(a)(1)and (b)(1)(C)CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE, OR
DISPENSE
(4-5)

Dismissed upon the motion of the
government.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

**USA**

represented by **Alexander Duros**
United States Department of Justice (ED-
WI)
Office of the US Attorney
205 Doty St - Ste 301
Green Bay, WI 54301
920-445-9911
Email: alexander.duros@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2021 | 1 | INDICTMENT as to Christopher A Hunter (1) count(s) 1, 2, 4-5, Angelique N Hunter (2) count(s) 1, 3. # 1 Sealed Unredacted Indictment, # 2 Sealed Information Sheet Christopher Hunter, # 3 Sealed Info Sheet Angelique Hunter) (cav). |
| 03/17/2021 | | NOTICE OF HEARING as to Christopher A Hunter. Arraignment set for 3/22/2021 10:00 AM By Video Conference before Judge William C Griesbach. The court will make a record at the hearing of defendants consent to proceed by video and specific findings regarding the impact of further delay on the interests of justice. Counsel for the Government and the Defendant: (1) must notify any interested family members or victims and provide the Zoom Video Conference or Telephone information to them; and (2) must contact the Office of the Clerk at least 24 hours prior to the hearing if family members or victims wish to address the court at the hearing. Members of the public or media may contact the Office of the Clerk at least 24 hours prior to the hearing at 920-455-7381 if they wish to listen to the court proceeding. If the defendant does not consent to proceed by video, counsel should notify the Clerk at wied_clerks_gb@wied.uscourts.gov and an in-person hearing will be scheduled. (cc: all counsel; Zoom invite emailed to all parties and Manitowoc Co Jail)(cav) |
| 03/22/2021 | 2 | PRETRIAL SERVICES REPORT - BOND STUDY (Restricted) filed by US Pretrial Office as to Christopher A Hunter (NOTICE: Counsel for the defendant is required to provide a copy of this document to the defendant. Parties allowed to view this document may do so by logging in.) (jm) |

| | | |
|---|---|---|
| 03/22/2021 | 3 | Warrant Returned Executed on 3/19/2021 as to Christopher A Hunter. (cav) |
| 03/22/2021 | 4 | Minute Entry for proceedings held before Magistrate Judge James R Sickel: Arraignment as to Christopher A Hunter (1) Count 1,2,4-5 held on 3/22/2021. Defendant advised of rights, charges, penalties and fines. Court orders GJ materials disclosed no later than 1 business day prior to trial. Case referred to Magistrate Judge William E Duffin. Speedy Trial Date 5/31/2021. Motions due by 4/6/2021, Responses due by 4/16/2021, Replies due by 4/21/2021. Detention Hearing set for 3/25/2021 10:30 AM before Magistrate Judge James R Sickel. Final Pretrial Conference set for 5/6/2021 10:00 AM before Judge William C Griesbach., Jury Trial set for 5/26/2021 08:30 AM before Judge William C Griesbach.<br><br>The court ORDERS that pursuant to Federal Rule of Criminal Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. (Tape #032221 Zoom Video) (mac) (Entered: 03/23/2021) |
| 03/22/2021 | 5 | TEXT ONLY ORDER APPOINTING FEDERAL PUBLIC DEFENDER: Krista A Halla-Valdes (FPD) is appointed to represent the defendant, signed by Magistrate Judge James R Sickel on 3/22/2021. (cc: all counsel) (Sickel, James) (Entered: 03/23/2021) |
| 03/22/2021 | 6 | PRETRIAL ORDER as to Christopher A Hunter Motions due: 4/6/2021 Responses due: 4/16/2021 Replies due: 4/21/2021 signed by Magistrate Judge William E Duffin on 3/22/2021. (cc: all counsel) (mac) (Entered: 03/23/2021) |
| 03/22/2021 | 7 | ORDER OF TEMPORARY DETENTION and Scheduling a Detention Hearing as to Christopher A Hunter. Detention Hearing set for 3/25/2021 at 10:30 AM before Magistrate Judge James R Sickel via Zoom Video Conference. The court will make a record at the hearing of defendants consent to proceed by video and, in the case of a felony plea or sentencing hearing, specific findings regarding the impact of further delay on the interests of justice. Counsel for the Government and the Defendant: (1) must notify any interested family members or victims and provide the Zoom Video Conference or Telephone information to them; and (2) must contact the Office of the Clerk at least 24 hours prior to the hearing if family members or victims wish to address the court at the hearing. Members of the public or media may contact the Office of the Clerk at least 24 hours prior to the hearing at 920-455-7381 if they wish to listen to the court proceeding. If the defendant does not consent to proceed by video, counsel should notify the Clerk at wied_clerks_gb@wied.uscourts.gov and an in-person hearing will be scheduled. (cc: all counsel; Zoom invite emailed to all parties and Manitowoc County Jail) (Sickel, James) (Entered: 03/23/2021) |
| 03/23/2021 | 8 | NOTICE OF ATTORNEY APPEARANCE: Scott L Stebbins appearing for Christopher A Hunter (Stebbins, Scott) |
| 03/23/2021 | | NOTICE OF HEARING as to Christopher A Hunter. Final Pretrial Conference set for 5/6/2021 10:00 AM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge William C Griesbach. Jury Trial set for 5/26/2021 08:30 AM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge William C Griesbach. All plea negotiations are expected to be completed and written plea agreements are to be filed **prior** to the final pretrial conference. Due to the inconvenience to jurors and the unnecessary work for the court and its staff resulting from last minute settlements, the court reserves its right to deny any reduction in the offense level for acceptance of responsibility with respect to any plea agreements entered after that time. (cc: all counsel)(mac) |
| 03/25/2021 | 9 | Minute Entry for proceedings held before Magistrate Judge James R Sickel: Detention Hearing as to Christopher A Hunter held on 3/25/2021. Defendant is ordered detained |

| | | |
|---|---|---|
| | | pending trial. (Tape #032521 Zoom Video) (mac) |
| 03/25/2021 | 10 | ORDER OF DETENTION PENDING TRIAL as to Christopher A Hunter, signed by Magistrate Judge James R Sickel on 3/25/2021. (cc: all counsel) (Sickel, James) |
| 03/26/2021 | | UPDATED NOTICE OF HEARING as to Christopher A Hunter as to TIME ONLY. Final Pretrial Conference Rescheduled to 5/6/2021 at 11:00 AM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge William C Griesbach. (cc: all counsel) (mac) |
| 03/29/2021 | | NOTICE OF HEARING as to Christopher A Hunter, Angelique N Hunter. (cc: all counsel) Final Pretrial Conference set for 5/6/2021 11:00 AM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge William C Griesbach. Jury Trial set for 5/26/2021 08:30 AM in Courtroom 201, 125 S. Jefferson St., Green Bay, WI 54301 before Judge William C Griesbach. All plea negotiations are expected to be completed and written plea agreements are to be filed prior to the final pretrial conference. Due to the inconvenience to jurors and the unnecessary work for the court and its staff resulting from last minute settlements, the court reserves its right to deny any reduction in the offense level for acceptance of responsibility with respect to any plea agreements entered after that time. (cav) |
| 04/05/2021 | 18 | First MOTION for Extension of Time to File *Pre-trial Motions* by Christopher A Hunter. (Stebbins, Scott) |
| 04/06/2021 | 19 | TEXT ONLY ORDER: The joint motion for extension of time, (ECF No. 18 ) as to Christopher A Hunter (1), is DENIED without prejudice. Any extension will require the defendant seeking and Judge Griesbach granting an extension of his final pretrial conference. Signed by Magistrate Judge William E Duffin on 4/6/2021. (cc: all counsel) (mlm) |
| 04/08/2021 | 20 | First MOTION to Adjourn *Motion Deadline, Final Pretrial Conference, and Jury Trial* by Christopher A Hunter.(Stebbins, Scott) Modified on 4/12/2021 (mlm). |
| 04/09/2021 | 21 | TEXT ONLY ORDER granting 20 Motion to Adjourn final pretrial and jury trial as to Christopher A Hunter and Angelique Hunter (1). The final pretrial scheduled for 5/6/2021 is converted to a counsel only telephone status/scheduling conference as to both defendants. The Court excludes time under the Speedy Trial Act. (cc: all counsel) (Griesbach, William) |
| 04/09/2021 | | NOTICE OF HEARING as to Christopher A Hunter and Angelique N Hunter. Counsel Only Status/Scheduling Conference set for 5/6/2021 11:00 AM By Telephone before Judge William C Griesbach. The court will initiate the call. Counsel are to provide the telephone number at which they can be reached (direct dial preferred) at least two days prior to the telephone conference. In the event counsel are unavailable at the scheduled time of the telephone conference, the conference may be rescheduled and counsel may be required to appear in person. Please provide your telephone number to the Office of the Clerk at wied_clerks_gb@wied.uscourts.gov (cc: all counsel)(cav) |
| 04/12/2021 | 22 | TEXT ONLY ORDER: For good cause, the unopposed motion for an extension of time, (ECF No. 20 ), is GRANTED as to the motion deadline. All pretrial motions are due no later than April 29, 2021. Responses are due no later than May 10, 2021. Any reply is due no later than May 17, 2021. The court finds under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. The court makes this finding because taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation. The period from April 12, 2021 until April 27, 2021 is excluded |

| | | |
|---|---|---|
| | | under the Speedy Trial Act. Signed by Magistrate Judge William E Duffin on 4/12/2021. (cc: all counsel) (mlm) |
| 04/27/2021 | 24 | Second MOTION for Extension of Time to File *Pre-trial Motions* by Christopher A Hunter.(Stebbins, Scott) |
| 04/28/2021 | 25 | TEXT ONLY ORDER: For good cause, the second unopposed request for an extension of time, (ECF No. 24 ), is GRANTED as to Christopher A. Hunter. All pretrial motions are due no later than May 20, 2021. Responses are due no later than May 31, 2021. Any reply is due no later than June 7, 2021. The court finds under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. The court makes this finding because taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation. The period from April 28, 2021 until May 20, 2021 is excluded under the Speedy Trial Act. Signed by Magistrate Judge William E Duffin on 4/28/2021. (cc: all counsel) (mlm) |
| 05/06/2021 | 27 | Minute Entry for proceedings held before Judge William C Griesbach: Counsel Only Telephone Scheduling Conference as to Christopher A Hunter, Angelique N Hunter held on 5/6/2021. The Court sets a Counsel Only Telephone Status Conference for 6/18/2021 at 11:00 AM before Judge William C Griesbach. If the parties have signed plea agreements by 6/18/21, they should notify the court to either schedule a change of plea hearing for a different day, or to convert the 6/18/21 telephone status conference to a change of plea hearing. The Court excludes time under the Speedy Trial Act 5/26/21-6/18/21 as to both defendants. (Tape #050621) (mac) (Entered: 05/07/2021) |
| 05/07/2021 | | NOTICE OF HEARING as to Christopher A Hunter, Angelique N Hunter. Counsel Only Telephone Status Conference set for 6/18/2021 at 11:00 AM before Judge William C Griesbach. The court will initiate the call. Counsel are to provide the telephone number at which they can be reached (direct dial preferred) at least two days prior to the telephone conference. In the event counsel are unavailable at the scheduled time of the telephone conference, the conference may be rescheduled and counsel may be required to appear in person. Please provide your telephone number to the Office of the Clerk at wied_clerks_gb@wied.uscourts.gov (cc: all counsel)(mac) |
| 05/26/2021 | 29 | First MOTION for Bond Review *Detention Order* by Christopher A Hunter.(Stebbins, Scott) Modified on 5/26/2021 to reflect correct event (cav). |
| 05/26/2021 | | Case as to Christopher A Hunter no longer referred to Magistrate Judge William E Duffin. (cav) |
| 05/28/2021 | | NOTICE OF HEARING as to Christopher A Hunter. Bond Review Hearing set for 6/1/2021 11:00 AM By Video Conference before Magistrate Judge James R Sickel. The court will make a record at the hearing of defendants consent to proceed by video and, in the case of a felony plea or sentencing hearing, specific findings regarding the impact of further delay on the interests of justice. Counsel for the Government and the Defendant: (1) must notify any interested family members or victims and provide the Zoom Video Conference or Telephone information to them; and (2) must contact the Office of the Clerk at least 24 hours prior to the hearing if family members or victims wish to address the court at the hearing. Members of the public or media may contact the Office of the Clerk at least 24 hours prior to the hearing at 920-455-7381 if they wish to listen to the court proceeding. If the defendant does not consent to proceed by video, counsel should notify the Clerk at wied_clerks_gb@wied.uscourts.gov and an in-person hearing will be scheduled. (cc: all counsel; Zoom invite emailed to all parties and Manitowoc Co Jail)(cav) |

| | | |
|---|---|---|
| 06/01/2021 | 30 | Minute Entry for proceedings held before Magistrate Judge James R Sickel: Bond Review Hearing as to Christopher A Hunter held on 6/1/2021. The Court DENIES 29 Motion to Revoke Detention Order as to Christopher A Hunter and orders continued detention as previously set. (Tape #060121 Zoom Video.) (mac) (Entered: 06/02/2021) |
| 06/18/2021 | 32 | Minute Entry for proceedings held before Judge William C Griesbach: Counsel Only Telephone Status Conference as to Christopher A Hunter held on 6/18/2021. Change of Plea Hearing set for 6/25/2021 at 10:00 AM before Judge William C Griesbach. The Court excludes time under the Speedy Trial Act 6/18/21-6/25/21. (Tape #061821) (mac) |
| 06/18/2021 | | NOTICE OF HEARING as to Christopher A Hunter. Change of Plea Hearing set for 6/25/2021 at 10:00 AM before Judge William C Griesbach via Zoom Video Conference. The court will make a record at the hearing of defendants consent to proceed by video and, in the case of a felony plea or sentencing hearing, specific findings regarding the impact of further delay on the interests of justice. Counsel for the Government and the Defendant: (1) must notify any interested family members or victims and provide the Zoom Video Conference or Telephone information to them; and (2) must contact the Office of the Clerk at least 24 hours prior to the hearing if family members or victims wish to address the court at the hearing. Members of the public or media may contact the Office of the Clerk at least 24 hours prior to the hearing at 920-455-7381 if they wish to listen to the court proceeding. If the defendant does not consent to proceed by video, counsel should notify the Clerk at wied_clerks_gb@wied.uscourts.gov and an in-person hearing will be scheduled. (cc: all counsel; Zoom invite emailed to all parties and Manitowoc Co Jail)(mac) |
| 06/22/2021 | 34 | PLEA AGREEMENT as to Christopher A Hunter (Duros, Alexander) |
| 06/25/2021 | 35 | Minute Entry for proceedings held before Judge William C Griesbach: Change of Plea Hearing as to Christopher A Hunter held on 6/25/2021. Plea entered by Christopher A Hunter (1) Guilty Count 1. Sentencing set for 9/20/2021 01:30 PM By Video Conference before Judge William C Griesbach. (Tape #Zoom 062521) (cav) |
| 06/25/2021 | | NOTICE OF HEARING as to Christopher A Hunter. Sentencing set for 9/20/2021 01:30 PM By Video Conference before Judge William C Griesbach. The court will make a record at the hearing of defendants consent to proceed by video and, in the case of a felony plea or sentencing hearing, specific findings regarding the impact of further delay on the interests of justice. Counsel for the Government and the Defendant: (1) must notify any interested family members or victims and provide the Zoom Video Conference or Telephone information to them; and (2) must contact the Office of the Clerk at least 24 hours prior to the hearing if family members or victims wish to address the court at the hearing. Members of the public or media may contact the Office of the Clerk at least 24 hours prior to the hearing at 920-455-7381 if they wish to listen to the court proceeding. If the defendant does not consent to proceed by video, counsel should notify the Clerk at wied_clerks_gb@wied.uscourts.gov and an in-person hearing will be scheduled. (cc: all counsel; Zoom invite emailed to all parties and Manitowoc Co Jail)(cav) |
| 09/13/2021 | 36 | REVISED PRESENTENCE INVESTIGATION REPORT (Restricted) as to Christopher A Hunter filed by the US Probation Office. (NOTICE: Counsel for the defendant is required to provide a copy of this document to the defendant. Please note this report has been changed since the last disclosure. Parties allowed to view this document may do so by logging in.) (mh) |
| 09/13/2021 | 37 | SENTENCING RECOMMENDATION (Sealed - for Judge only) filed by US Probation Office as to Christopher A Hunter (mh) |
| 09/17/2021 | 42 | SENTENCING MEMORANDUM by Christopher A Hunter (Stebbins, Scott) |

| | | |
|---|---|---|
| 09/20/2021 | 43 | Minute Entry for proceedings held before Judge William C Griesbach: Sentencing held on 9/20/2021 for Christopher A Hunter (1), Count(s) 1. SENT: 72 months; SR: 6 years; SA: $100.00; Count(s) 2, 4-5, Dismissed upon the motion of the government. Conditions of Supervised Release imposed. SEE Judgment for additional details. (Tape #Zoom 092021) (lh) |
| 09/21/2021 | 44 | JUDGMENT as to Christopher A Hunter (1), Count(s) 1: SENT: 72 months; SR: 6 years; SA: $100.00. Count(s) 2, 4-5, Dismissed upon the motion of the government. Conditions of Supervised Release imposed. SEE Judgment for additional details. signed by Judge William C Griesbach on 9/21/2021. (cc: all counsel) (Griesbach, William) |
| 09/21/2021 | 45 | STATEMENT OF REASONS (Restricted) as to Christopher A Hunter (Parties allowed to view this document may do so by logging in.) signed by Judge William C Griesbach on 9/21/2021. (cc: all counsel) (Griesbach, William) |
| 08/06/2025 | | Minute Entry for proceedings held before Magistrate Judge Nancy Joseph: Reentry/Drug Court Proceedings as to Christopher A Hunter held on 8/6/2025 (no document attached) (kwb) (Entered: 08/12/2025) |
| 08/20/2025 | | Minute Entry for proceedings held before Magistrate Judge Nancy Joseph: Reentry/Drug Court Proceedings as to Christopher A Hunter held on 8/20/2025 (no document attached) (kwb) (Entered: 08/28/2025) |
| 09/03/2025 | | Minute Entry for proceedings held before Magistrate Judge Nancy Joseph: Reentry/Drug Court Proceedings as to Christopher A Hunter held on 9/3/2025 (no document attached) (kwb) (Entered: 09/12/2025) |
| 09/17/2025 | | Minute Entry for proceedings held before Magistrate Judge Nancy Joseph: Reentry/Drug Court Proceedings as to Christopher A Hunter held on 9/17/2025 (no document attached) (kwb) (Entered: 09/23/2025) |
| 10/01/2025 | | Minute Entry for proceedings held before Magistrate Judge Nancy Joseph: Reentry/Drug Court Proceedings as to Christopher A Hunter held on 10/1/2025 (no document attached) (kwb) (Entered: 10/03/2025) |
| 10/15/2025 | | Minute Entry for proceedings held before Magistrate Judge Nancy Joseph: Reentry/Drug Court Proceedings as to Christopher A Hunter held on 10/15/2025 (no document attached) (kwb) (Entered: 10/24/2025) |
| 11/12/2025 | | Minute Entry for proceedings held before Magistrate Judge Nancy Joseph: Reentry/Drug Court Proceedings as to Christopher A Hunter held on 11/12/2025 (no document attached) (kwb) (Entered: 11/17/2025) |
| 12/10/2025 | | Minute Entry for proceedings held before Magistrate Judge Nancy Joseph: Reentry/Drug Court Proceedings as to Christopher A Hunter held on 12/10/2025 (no document attached) (kwb) |
| 05/22/2026 | 58 | Probation Jurisdiction Transferred to Middle District of North Carolina as to Christopher A Hunter. (kwf) |
| 05/22/2026 | 59 | Notice FROM Eastern District of Wisconsin TO Middle District of North Carolina of a Transfer of Jurisdiction as to Christopher A Hunter. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (kwf) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 05/22/2026 13:41:21 | | | |
| **PACER Login:** | Abby0910 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cr-00063-WCG |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |